**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6460**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVIS BARTON,

Defendant - Appellant.

**No. 22-6461**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVIS BARTON,

Defendant - Appellant.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:11-cr-00349-TDS-1; 1:12-cr-00255-TDS-1)

Submitted:  August 18, 2022                    Decided:  August 23, 2022

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Davis Barton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Davis Barton appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A)(i) motions for compassionate release and denying reconsideration. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the court did not abuse its discretion and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's orders. *United States v. Barton*, Nos. 1:11-cr-00349-TDS-1, 1:12-cr-00255-TDS-1 (M.D.N.C. Jan. 18, 2022; Jan. 27, 2022; Mar. 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*